# Notice Recipients

District/Off: 0207−1     User: admin     Date Created: 10/10/2023
Case: 1−23−43588−nhl     Form ID: 309E2     Total: 50

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Mohamed Baghat Mohamed | 9707 4th Avenue    Apartment 3W    Brooklyn, NY 11209−8149 |
| tr | Gerard R Luckman, Esq. | Subchapter V Trustee    Forcelli Deegan Terrana, LLP    333 Earle Ovington Blvd., Suite 1010    Uniondale, NY 11553 |
| aty | Christopher J Reilly | Kledstadt Winters Jureller Southard    and Stevens, LLP    200 West 41st Street    17th Floor    New York, NY 10036−7203 |
| aty | Tracy L Klestadt | Klestadt Winters Jureller    Southard & Stevens, LLP    200 West 41st Street    17th Floor    New York, NY 10036−7203 |
| smg | United States of America | Secretary of the Treasury    15th Street & Pennsylvania Ave. NW    Washington, DC 20220 |
| smg | NYS Unemployment Insurance | Attn: Insolvency Unit    Bldg. #12, Room 256    Albany, NY 12240 |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit    PO Box 5300    Albany, NY 12205 |
| smg | Internal Revenue Service | PO Box 7346    Philadelphia, PA 19101−7346 |
| smg | NYC Department of Finance | 345 Adams Street    Office of Legal Affairs    Brooklyn, NY 11201−3719 |
| smg | Office of the United States Trustee | Eastern District of NY (Brooklyn)    Alexander Hamilton Custom House    One Bowling Green, Room 510    New York, NY 10004−1408 |
| 10251281 | 224−232 Atlantic Avenue Investor, LLC | c/o Kucker Marino Winiarsky & Bittens LL    747 3rd Avenue    New York, NY 10017 |
| 10251282 | 358 & 360 Atlantic Holdings, LLC | c/o CSC − Lawyers Incorporating Service    7 St. Paul Street    Suite 820    Baltimore, MD 21202 |
| 10251283 | Alston Bird, LLP | Attn: Richard John Galati, Jr.    90 Park Avenue    New York, NY 10016 |
| 10251284 | City of New York−Finance Commisioner | P.O. Box 4199    Church Street Station    New York, NY 10261 |
| 10251285 | Corporation Counsel City of New York | 100 Church Street    5th Floor    New York, NY 10007 |
| 10251286 | Craig P. Gambardella, Esq. | 747 Third Avenue    New York, NY 10017 |
| 10251287 | Edward L. Cappellano, Esq. | 328 State Street    Schenectady, NY 12305 |
| 10251288 | Gold Coast Bank | 2929 Expressway Drive North    Islandia, NY 11749 |
| 10251289 | Gregory Gilfoil | CSG Properties LLC    371 US Highway    Suite 303    Old Bridge, NJ 08857 |
| 10251290 | Greystone Servicing Corp. Inc. | P.O. Box 281163    Atlanta, GA 30384 |
| 10251291 | Ian V. Lagowitz | IVL Group LLC    24 Church Street    Montclair, NJ 07042 |
| 10251292 | Internal Revenue Service | P.O. Box 7346    Philadelphia, PA 19101−7346 |
| 10251293 | John/Jane Doe | 78 Hoyt Street    Brooklyn, NY 11201 |
| 10251294 | Kilpatrick Townsend & Stockton LLP | The Grace Building    New York, NY 10036 |
| 10251299 | NYC Department of Buildings | Administrative Enforcement    280 Broadway, 1st Fl.    New York, NY 10007 |
| 10251300 | NYS Department of Taxation & Finance | Building 8, Room 455    W.A. Harriman State Campus    Albany, NY 12227 |
| 10251302 | NYS Department of Taxation and Finance | Bankruptcy Section    P.O. Box 5300    Albany, NY 12205 |
| 10251301 | NYS Department of Taxation and Finance | Bankruptcy Unit    Building 8, Room 455    W.A. Harriman State Campus    Albany, NY 12227 |
| 10251303 | NYS Office of the Attorney General | Attn: Enid Stuart, Esq.    Special Bankruptcy Counsel    28 Liberty Street    New York, NY 10005 |
| 10251295 | New York City Department of Finance | 375 Pearl Street    30th Floor    New York, NY 10038 |
| 10251296 | New York City Law Department | 100 Church Street    New York, NY 10007 |
| 10251297 | New York State Department of Finance | P.O. Box 5300    Albany, NY 12205 |
| 10251298 | North Shore Investing, LLC | c/o Northwest Registered Agent LLC    418 Broadway, Ste. N    Albany, NY 12207 |
| 10251304 | Pinks Lipshie White & Nemeth | 140 Fell Court    Suite 303    Hauppauge, NY 11788 |
| 10251305 | Premier Capital Funding LLC | 9265 4th Avenue, 2nd. Fl.    Brooklyn, NY 11209 |
| 10251306 | Pressler, Felt & Warshaw, LLP | 7 Entin Road    Parsippany, NJ 07054 |
| 10251307 | Richmond County Savings Bank | 1100 Hylan Boulevard    Staten Island, NY 10305 |
| 10251308 | Stein, Wiener & Roth, LLP | One Old Country Road    Suite 113    Carle Place, NY 11514 |
| 10251309 | Stern Lavinthal & Frankenberg, LLC | 103 Eisenhower Parkway    Suite 100    Roseland, NJ 07068 |
| 10251310 | Stern, Lavinthal & Frankenberg, LLC | 186 Montague Street    4th Floor    Brooklyn, NY 11201 |
| 10251311 | U.S. Dept. of Education | Attn: Federal Student Aid Bankruptcy    50 United Nations Plaza    Mailbox 1200, Room 1240    San Francisco, CA 94102 |
| 10251312 | U.S. Dept. of Education | General Counsel    400 Maryland Ave SW    Washington, DC 20202 |
| 10251314 | U.S. Dept. of HUD | Office of Regional Counsel for NY/NJ    26 Federal Plaza, Room 3500    New York, NY 10278 |
| 10251313 | U.S. Dept. of Health and Human Services | Office of General Counsel    26 Federal Plaza    Room 3908    New York, NY 10278 |
| 10251315 | U.S. Environmental Protection Agency | Attn: Douglas Fischer, Esq.    Office of Regional Counsel−Region 2    290 Broadway, 17th Fl.    New York, NY 10007 |
| 10251316 | U.S. Securities & Exchange Commission | Attn: Bankruptcy Group    Brookfield Place    200 Vesey Street, Suite 400    New York, NY 10281 |

| | | |
|---|---|---|
| 10251317 | U.S. Small Business Administration    Attn: Diana St. Louis, District Counsel    NY District Office    26 Federal Plaza, Room 3100    New York, NY 10278 | |
| 10251318 | United States Attorney's Office EDNY    Attn: Kevin Yim    Civil Division, Bankruptcy Processing    271−A Cadman Plaza East, 7th Fl.    Brooklyn, NY 11201 | |
| 10251319 | Wall Street Mortgage Bank, LTD.    1 Corporate Drive    Suite 360    Lake Zurich, IL 60047 | |
| 10251320 | Wilmington Trust N.A., as Trustee    c/o CW Capital Asset Management, LLC    5215 North O'Connor Boulevard    Suite 350    Irving, TX 75039 | |

TOTAL: 50